**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

IN RE:                                          )
                                                )
    LISA L RAY                          )
                                                )    Case No.  18-11915
                                                )    Chapter  7
                                                )
    Debtor(s).                          )

### **COVER SHEET**

COMES NOW attorney for debtor(s) styled above and submits the attached:

AMENDED SUMMARY. OF SCHEDULES, SCH. F, DEC. OF
SCHEDULES, MATRIX & VERFICATION OF MATRIX


/s/Marty D. Martin
Marty D. Martin OBA#19874
6440 Avondale Dr. #200
Oklahoma City, OK  73116
(405) 255-2380 tel. (405) 576-3952 fax
marty@attorneyok.com
Attorney for Debtor(s)

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lisa L Ray** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | **18-11915** |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | Your assets Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $ 0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $ 15,100.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $ 15,100.00 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 15,675.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 111,202.00 |
| **Your total liabilities** | $ 126,877.00 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................ | $ 2,314.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*............................................. | $ 1,794.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Lisa L Ray**                                    Case number *(if known)*  **18-11915**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ 2,885.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 68,320.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 68,320.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1        **Lisa L Ray**
                First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number    18-11915
(if known)

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

| 4.1 | **AFNI** | Last 4 digits of account number    6251 | $1,142.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**POB 3097**
**Bloomington, IL 61702**
Number Street City State Zip Code

When was the debt incurred?    12/16

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    COLLECTION ATT

Debtor 1    **Lisa L Ray**                                      Case number (if known)    **18-11915**

| 4.2 | **AMCOL SYSTEMS** | Last 4 digits of account number | **1224** | **$561.00** |

Nonpriority Creditor's Name

**POB 21625**
**Columbia, SC 29221**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **COLLECTIONS**

---

| 4.3 | **AMERICAN LOANS** | Last 4 digits of account number | **66** | **$236.00** |

Nonpriority Creditor's Name

**515 E 1ST ST**
**Chandler, OK 74834-2439**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **11/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTE LOAN**

---

| 4.4 | **ARROW LOAN CO** | Last 4 digits of account number | **18** | **$237.00** |

Nonpriority Creditor's Name

**4407 S WALKER AVE**
**Oklahoma City, OK 73109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **07/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTE LOAN**

---

| Debtor 1 | Lisa L Ray | | Case number (if known) | 18-11915 |

---

**4.5** **ARS**
Nonpriority Creditor's Name

1643 NW 136TH AVE, BLDG H STE 100
Fort Lauderdale, FL 33323
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    8401                      $141.00

When was the debt incurred?    08/17

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **COLLECTION**

---

**4.6** **ARS**
Nonpriority Creditor's Name

POB 630806
Cincinnati, OH 45263
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    9504                      $9,504.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **EMER SVCS OF OK**

---

**4.7** **CAMELOT FINANCIAL SERVICES**
Nonpriority Creditor's Name

POB 30399
Oklahoma City, OK 73140
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    730                      $115.00

When was the debt incurred?    11/16

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTE LOAN**

---

Debtor 1    **Lisa L Ray**                                     Case number (if known)    **18-11915**

---

| 4.8 | **CAP ONE** | Last 4 digits of account number    **5786** | | **$327.00** |

Nonpriority Creditor's Name
**POB 30281**
**Salt Lake City, UT 84130**

When was the debt incurred?    **03/15**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **CREDIT CARD**

---

| 4.9 | **CASH KING LOANS** | Last 4 digits of account number    **2514** | | **Unknown** |

Nonpriority Creditor's Name
**4915 NW 23RD ST**
**Oklahoma City, OK 73127**

When was the debt incurred?    **2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **SMALL CLAIMS CASE**

---

| 4.10 | **CASH SECURITY** | Last 4 digits of account number    **UNKNOWN** | | **Unknown** |

Nonpriority Creditor's Name
**4655 S PEORIA AVE**
**Tulsa, OK 74105**

When was the debt incurred?    **2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **NOTE LOAN**

---

| | |
|---|---|
| Debtor 1  **Lisa L Ray** | Case number (if known)  **18-11915** |

---

**4.1
1**

**CEAI STRATFORD LLC**
Nonpriority Creditor's Name
**222 NW 13TH ST**
**Oklahoma City, OK 73103**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number  **5774**                              **$948.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **SMALL CLAIMS JUDGMENT OK COUNTY**

---

**4.1
2**

**CENTRAL LOANS**
Nonpriority Creditor's Name
**5202 S. PENNSYLVANIA AVE., STE. B**
**Oklahoma City, OK 73119**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number  **79**                              **$199.00**

When was the debt incurred?  **07/17**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **NOTE LOAN**

---

**4.1
3**

**COMENITY BANK/VIC SECRET**
Nonpriority Creditor's Name
**POB 182273**
**Columbus, OH 43218**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number  **6205**                              **$448.00**

When was the debt incurred?  **07/15**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **CREDIT CARD**

---

Debtor 1  **Lisa L Ray**                                                                 Case number (if known)    **18-11915**

---

| 4.1 4 | **COURTESY LOANS** | | **Last 4 digits of account number**  **105** | **$452.00** |

Nonpriority Creditor's Name
**1601 SW 59TH ST**
**Oklahoma City, OK 73119**

**When was the debt incurred?**    **09/17**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTE LOAN**

---

| 4.1 5 | **CREDIT COLLECTION INC.** | | **Last 4 digits of account number**  **0474** | **$195.00** |

Nonpriority Creditor's Name
**POB 60607**
**Oklahoma City, OK 73146-0607**

**When was the debt incurred?**    **06/17**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **COLLECTION**

---

| 4.1 6 | **CROSSWAY MEDICAL CLINIC** | | **Last 4 digits of account number**  **9448** | **$487.00** |

Nonpriority Creditor's Name
**510 E MEMORIAL RD STE D4**
**Oklahoma City, OK 73114**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **MEDICAL**

---

Debtor 1  **Lisa L Ray**

Case number (if known)  **18-11915**

---

| 4.1 7 | | |
|---|---|---|

**DIANA HAMPTON**
Nonpriority Creditor's Name
**POB 24885 DEPT 88**
**Oklahoma City, OK 73124**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2615**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **UNKNOWN**

**$76.00**

---

| 4.1 8 | | |
|---|---|---|

**DISH**
Nonpriority Creditor's Name
**POB 94063**
**Palatine, IL 60094-4063**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3760**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **COLLECTION**

**$1,472.00**

---

| 4.1 9 | | |
|---|---|---|

**ENHANCED RECOVERY CORP.**
Nonpriority Creditor's Name
**POB 57547**
**Jacksonville, FL 32241**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **VARIOUS**

When was the debt incurred?  **VARIOUS**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **COLLECTION**

**$685.00**

---

| Debtor 1 | Lisa L Ray | | Case number (if known) | 18-11915 |
|---|---|---|---|---|

---

**4.20**

**EQUINOX COLLECTION SERVICE**
Nonpriority Creditor's Name
**10159 E 11TH STE 500**
**Tulsa, OK 74128**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number **VARIOUS**　　$543.00

When was the debt incurred? **VARIOUS**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **COLLECTION**

---

**4.21**

**FEDERAL CASH ADVANCE**
Nonpriority Creditor's Name
**3600 NW 23RD ST**
**Oklahoma City, OK 73107**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number **1357**　　Unknown

When was the debt incurred? **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **OK CTY LAWSUIT**

---

**4.22**

**GENE MCCORMICK DDS**
Nonpriority Creditor's Name
**2106 S ATLANTA PL**
**Tulsa, OK 74114**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number **0015**　　$319.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **MEDICAL**

---

Debtor 1   **Lisa L Ray**                                                      Case number (if known)    **18-11915**

---

| 4.2 3 | **IC SYSTEMS** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**POB 64378**
**Saint Paul, MN 55164**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **4695**                              **$268.00**

**When was the debt incurred?**    **09/13**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **COLLECTION**

---

| 4.2 4 | **JERRY BUTTS LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3732 KNOXVILLE**
**Tulsa, OK 74135**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **4881**                              **$1,950.00**

**When was the debt incurred?**    **2013**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **SMALL CLAIMS JUDGMENT TULSA COUNTY**

---

| 4.2 5 | **LOYAL LOANS** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**832 NW 12TH**
**Oklahoma City, OK 73160**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **2601**                              **Unknown**

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **SMALL CLAIMS CASE**

---

Debtor 1  **Lisa L Ray**

Case number *(if known)*  **18-11915**

---

| 4.2 6 | |
|---|---|

**MERCY**
Nonpriority Creditor's Name
**PO BOX 505393**
**Saint Louis, MO 63150-5393**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **9807**                    **$1,937.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **MEDICAL**

---

| 4.2 7 | |
|---|---|

**MODERN LOAN**
Nonpriority Creditor's Name
**309 SW 59TH ST STE 106**
**Oklahoma City, OK 73109**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **106**                    **$188.00**

**When was the debt incurred?**   **07/17**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTE LOAN**

---

| 4.2 8 | |
|---|---|

**OK HEART HOSPITAL**
Nonpriority Creditor's Name
**POB 268864**
**Oklahoma City, OK 73126**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4009**                    **$243.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **MEDICAL**

---

Debtor 1  **Lisa L Ray**                                    Case number (if known)  **18-11915**

---

**4.29**

**PROGRESSIVE LEASING**
Nonpriority Creditor's Name
**256 W DATA DR**
**Draper, UT 84020**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **7401**                           **$833.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **3760**

---

**4.30**

**REGIONAL MEDICAL LAB**
Nonpriority Creditor's Name
**9330 E 41ST ST**
**Tulsa, OK 74145**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3624**                           **$53.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **MEDICAL**

---

**4.31**

**REV-1 SOLUTIONS**
Nonpriority Creditor's Name
**517 US HWY 31 N**
**Greenwood, IN 46142**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1831**                           **$87.00**

When was the debt incurred?       **03/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **COLLECTION**

---

Debtor 1    **Lisa L Ray**                                    Case number (if known)    **18-11915**

---

| 4.3 2 | **RGS FINANCIAL** | Last 4 digits of account number | **3674** | $421.00 |

Nonpriority Creditor's Name

**POB 852039**
**Richardson, TX 75085-2039**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **COLLECTION**

---

| 4.3 3 | **RICHARD D FORD** | Last 4 digits of account number | **7360** | $8,779.00 |

Nonpriority Creditor's Name

**23759 E 877 RD**
**Park Hill, OK 74451**
Number Street City State Zip Code

**When was the debt incurred?**    **2006**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **JUDGMENT TULSA COUNTY**

---

| 4.3 4 | **RICO VISION LLC** | Last 4 digits of account number | **8338** | $2,600.00 |

Nonpriority Creditor's Name

**5735 E 62 PL**
**Tulsa, OK 74136**
Number Street City State Zip Code

**When was the debt incurred?**    **2013**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SMALL CLAIMS JUDGEMENT TULSA COUNTY**

---

Debtor 1  **Lisa L Ray**                                     Case number *(if known)*    **18-11915**

---

| 4.3 5 | **ROYAL MANAGEMENT** | | Last 4 digits of account number | **COX1** | $225.00 |

**ROYAL MANAGEMENT**
Nonpriority Creditor's Name
**25331 IH 10 WEST SUITE 101**
**San Antonio, TX 78257**
Number City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **COX1**

When was the debt incurred?    **10/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **COLLECTION**

$225.00

---

| 4.3 6 | **SAINT FRANCIS HEALTH SYSTEM** | | Last 4 digits of account number | **9098** | $131.00 |

**SAINT FRANCIS HEALTH SYSTEM**
Nonpriority Creditor's Name
**POB 707001**
**Tulsa, OK 74170**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **9098**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **MEDICAL**

$131.00

---

| 4.3 7 | **SSM HEALTHCARE** | | Last 4 digits of account number | **0009** | $205.00 |

**SSM HEALTHCARE**
Nonpriority Creditor's Name
**1145 CORPORATE LAKE DR**
**Saint Louis, MO 63132**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0009**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **MEDICAL**

$205.00

---

Debtor 1  **Lisa L Ray**                                      Case number *(if known)*   **18-11915**

---

**4.38**

**ST JOHN CLINIC**
Nonpriority Creditor's Name
**POB 14000**
**Belfast, ME 04915**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **VARIOUS**              $584.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **MEDICAL**

---

**4.39**

**TABITHA WIL**
Nonpriority Creditor's Name
**4948 E 22ND ST**
**Tulsa, OK 74105**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **8792**              $1,937.00

When was the debt incurred?   **2012**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **SMALL CLAIMS TULSA COUNTY**

---

**4.40**

**TFECU**
Nonpriority Creditor's Name
**9323 E 21ST ST**
**Tulsa, OK 74129**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1436**              $24.00

When was the debt incurred?   **04/13**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **OVERDRAFT**

---

Debtor 1  **Lisa L Ray**                                                                    Case number (if known)   **18-11915**

---

**4.4
1**

**TRANSWORLD SYSTEMS INC**
Nonpriority Creditor's Name
**POB 15270**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **7385**                                    **$204.00**

**When was the debt incurred?**   **05/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **COLLECTION**

---

**4.4
2**

**TRUE HEALTH DIAGNOSTICS**
Nonpriority Creditor's Name
**6170 RESEARCH RD**
**Frisco, TX 75033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **6386**                                    **$308.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **MEDICAL**

---

**4.4
3**

**UNIVERSITY OF PHOENIX**
Nonpriority Creditor's Name
**4025 S RIVERPOINT PKWY**
**Phoenix, AZ 85040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **5531**                                    **$656.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TUITION**

---

Debtor 1  **Lisa L Ray**                                              Case number *(if known)*    **18-11915**

| 4.4 4 | **US DEPT OF ED/GLELSI** | Last 4 digits of account number | **2079** | **$68,320.00** |

Nonpriority Creditor's Name

**2401 INTERNATIONAL LN**
**Madison, WI 53704**

Number Street City State Zip Code

When was the debt incurred?    **09/09**

**Who incurred the debt?** Check one.

☐ **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

■ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**STUDENT LOAN**

---

| 4.4 5 | **UTICA PARK CLINIC** | Last 4 digits of account number | **9098** | **$123.00** |

Nonpriority Creditor's Name

**DEPT 2852**
**Tulsa, OK 74170**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **MEDICAL**

---

| 4.4 6 | **VERIZON WIRELESS** | Last 4 digits of account number | **0050** | **$1,219.00** |

Nonpriority Creditor's Name

**POB 26055**
**Minneapolis, MN 55426**

Number Street City State Zip Code

When was the debt incurred?    **03/14**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES**

---

| Debtor 1 | **Lisa L Ray** | | Case number (if known) | **18-11915** |

---

**4.47**

**WESTERN FINANCE**
Nonpriority Creditor's Name
**801 S ABE ST STE 2A**
**San Angelo, TX 76903-6771**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **3534**           $236.00

When was the debt incurred?  **09/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTE LOAN**

---

**4.48**

**WORKS & LENTZ**
Nonpriority Creditor's Name
**1437 S BOULDER STE 900**
**Tulsa, OK 74119**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **VARIOUS**           $1,513.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **COLLECTION**

---

**4.49**

**WORLD FINANCE**
Nonpriority Creditor's Name
**POB 6429**
**Greenville, SC 29606**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **0176**           $71.00

When was the debt incurred?  **10/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTE LOAN**

---

Debtor 1  **Lisa L Ray**                                        Case number (if known)  **18-11915**

<table>
<tr><td>**4.50**</td><td colspan="2">**YOUR CREDIT**</td><td>Last 4 digits of account number</td><td>**4006**</td><td>**Unknown**</td></tr>
</table>

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **4806 N MACARTHUR BLVD.** | When was the debt incurred? **2016** |
| **Oklahoma City, OK 73122** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **SMALL CLAIMS CASE**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 68,320.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 42,882.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 111,202.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lisa L Ray** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number | **18-11915** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Lisa L Ray**                                    X _____
**Lisa L Ray**                                           Signature of Debtor 2
Signature of Debtor 1

Date **May 13, 2019**                                 Date _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**United States Bankruptcy Court**
**Western District of Oklahoma**

In re    **Lisa L Ray**                                                                    Case No.    **18-11915**
                                                     Debtor(s)              Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **May 13, 2019**                                    **/s/ Lisa L Ray**
                                                                            **Lisa L Ray**
                                                                            Signature of Debtor

AFNI
POB 3097
BLOOMINGTON IL 61702


AMCOL SYSTEMS
POB 21625
COLUMBIA SC 29221


AMERICAN LOANS
515 E 1ST ST
CHANDLER OK 74834-2439


ARROW LOAN CO
4407 S WALKER AVE
OKLAHOMA CITY OK 73109


ARS
1643 NW 136TH AVE, BLDG H STE 100
FORT LAUDERDALE FL 33323


ARS
POB 630806
CINCINNATI OH 45263


CAMELOT FINANCIAL SERVICES
POB 30399
OKLAHOMA CITY OK 73140


CAP ONE
POB 30281
SALT LAKE CITY UT 84130


CAPITAL ONE AUTO FINANCE
POB 259407
PLANO TX 75025

CASH KING LOANS
4915 NW 23RD ST
OKLAHOMA CITY OK 73127


CASH SECURITY
4655 S PEORIA AVE
TULSA OK 74105


CEAI STRATFORD LLC
222 NW 13TH ST
OKLAHOMA CITY OK 73103


CENTRAL LOANS
5202 S. PENNSYLVANIA AVE., STE. B
OKLAHOMA CITY OK 73119


COMENITY BANK/VIC SECRET
POB 182273
COLUMBUS OH 43218


COURTESY LOANS
1601 SW 59TH ST
OKLAHOMA CITY OK 73119


CREDIT COLLECTION INC.
POB 60607
OKLAHOMA CITY OK 73146-0607


CROSSWAY MEDICAL CLINIC
510 E MEMORIAL RD STE D4
OKLAHOMA CITY OK 73114


DIANA HAMPTON
POB 24885 DEPT 88
OKLAHOMA CITY OK 73124

```
DISH
POB 94063
PALATINE IL 60094-4063


ENHANCED RECOVERY CORP.
POB 57547
JACKSONVILLE FL 32241


EQUINOX COLLECTION SERVICE
10159 E 11TH STE 500
TULSA OK 74128


FEDERAL CASH ADVANCE
3600 NW 23RD ST
OKLAHOMA CITY OK 73107


GENE MCCORMICK DDS
2106 S ATLANTA PL
TULSA OK 74114


IC SYSTEMS
POB 64378
SAINT PAUL MN 55164


JERRY BUTTS LLC
3732 KNOXVILLE
TULSA OK 74135


LOYAL LOANS
832 NW 12TH
OKLAHOMA CITY OK 73160


MERCY
PO BOX 505393
SAINT LOUIS MO 63150-5393
```

```
MODERN LOAN
309 SW 59TH ST STE 106
OKLAHOMA CITY OK 73109


OK HEART HOSPITAL
POB 268864
OKLAHOMA CITY OK 73126


PROGRESSIVE LEASING
256 W DATA DR
DRAPER UT 84020


REGIONAL MEDICAL LAB
9330 E 41ST ST
TULSA OK 74145


REV-1 SOLUTIONS
517 US HWY 31 N
GREENWOOD IN 46142


RGS FINANCIAL
POB 852039
RICHARDSON TX 75085-2039


RICHARD D FORD
23759 E 877 RD
PARK HILL OK 74451


RICO VISION LLC
5735 E 62 PL
TULSA OK 74136


ROYAL MANAGEMENT
25331 IH 10 WESTSUITE101
SAN ANTONIO TX 78257
```

SAINT FRANCIS HEALTH SYSTEM
POB 707001
TULSA OK 74170


SSM HEALTHCARE
1145 CORPORATE LAKE DR
SAINT LOUIS MO 63132


ST JOHN CLINIC
POB 14000
BELFAST ME 04915


TABITHA WIL
4948 E 22ND ST
TULSA OK 74105


TFECU
9323 E 21ST ST
TULSA OK 74129


TRANSWORLD SYSTEMS INC
POB 15270
WILMINGTON DE 19850


TRUE HEALTH DIAGNOSTICS
6170 RESEARCH RD
FRISCO TX 75033


UNIVERSITY OF PHOENIX
4025 S RIVERPOINT PKWY
PHOENIX AZ 85040


US DEPT OF ED/GLELSI
2401 INTERNATIONAL LN
MADISON WI 53704

UTICA PARK CLINIC
DEPT 2852
TULSA OK 74170


VERIZON WIRELESS
POB 26055
MINNEAPOLIS MN 55426


WESTERN FINANCE
801 S ABE ST STE 2A
SAN ANGELO TX 76903-6771


WORKS & LENTZ
1437 S BOULDER STE 900
TULSA OK 74119


WORLD FINANCE
POB 6429
GREENVILLE SC 29606


YOUR CREDIT
4806 N MACARTHUR BLVD.
OKLAHOMA CITY OK 73122